IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY E. RUSSELL                                                       PLAINTIFF

vs.                          Civil No. 4:07-cv-04028

MICHAEL J. ASTRUE                                       DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 28th day of November, 2007, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                                 /s/   Barry A. Bryant
                                                                  Honorable Barry A. Bryant
                                                                  United States Magistrate Judge